UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

In re: )
)
Karen Nicole Joseph )
xxx-xx-3699 ) Case No. B-10-80330
)
111 Wyatt Court )
Raeford, NC 28376 )
)
)
      Debtor

## NOTICE OF CONDUCT OF CREDITORS MEETING BY INTERROGATORIES

TAKE NOTICE that, upon request of theDebtor and with the approval of the Bankruptcy Administrator for sufficient cause shown, the examination of the Debtor at the meeting of creditors as required by Sections 341 and 343 of the Bankruptcy Code originally scheduled for May 21, 2010, in lieu of personal appearance by and oral examination of the Debtor, shall be conducted by written interrogatories to the Debtor.

Date: May 10, 2010

                                        Michael D. West
                                        U. S. Bankruptcy Administrator

                                        s/Susan O. Gattis

Office of the U. S. Bankruptcy Administrator
Box 1828
Greensboro, NC. 27402-1828
(336) 358-4170